IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES RODGERS, Individually and on**                                            **PLAINTIFF**
**Behalf of All Others Similarly Situated**


vs.                                          No. 4:21-cv-167-BRW


**WHITTEN CONCRETE, CO., LLC,**                                          **DEFENDANTS**
**LYNN M. CASTLEBERRY**
**and KEVIN CASTLEBERRY**


### CONSENT TO JOIN COLLECTIVE ACTION


I was employed as a Laborer for Whitten Concrete, Co., LLC, Lynn M. Castleberry and Kevin Castleberry within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.


*Shamarius Henderson*
**SHAMARIUS HENDERSON**
March 16, 2021


**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**