IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES RODGERS, Individually and on**
**Behalf of All Others Similarly Situated;**                                **PLAINTIFF**

v.                                    Case No. 4:21CV00167 - BRW

**WHITTEN CONCRETE CO LLC, LYNN**
**M CASTLEBERRY, AND KEVIN**
**CASTLEBERRY,**                                                              **DEFENDANTS**

## INITIAL SCHEDULING ORDER

Pursuant to the initial appearance entered by defendant(s) in this case on March 17, 2021 the following deadlines and proposals are in effect:

**(1)  Rule 26(f) Conference Deadline:**                      **May 25, 2021**

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

**(2)  Rule 26(f) Report Due Date:**                           **June 8, 2021**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.  The Report should be filed with the Clerk of the Court.

**(3)  Proposed Trial Date:**                                  **March 29, 2022**
                                                               Richard Sheppard Arnold United
                                                               States Courthouse, A401, 500
                                                               West Capitol, Little Rock,
                                                               Arkansas 72201

**(4)  Rule 16(b) Conference (if needed):**                    **June 15, 2021**

A telephone conference, at the request of the parties, will be held **June 15, 2021**, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory

disclosures, etc.  If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference scheduled for **June 15, 2021** will be unnecessary.

**(5)  Final Scheduling Order:**                                **June 22, 2021**

A Final Scheduling Order will be issued on or before **June 22, 2021**, confirming the trial date of **March 29, 2022**, setting directions, and resolving any disputes taken up at the telephone conference.

If the parties want a Protective Order entered, they must first contact the law clerk assigned to the case.

It will be the responsibility of the plaintiff to serve a copy of the Initial Scheduling Order on any defendant who makes an appearance after the Initial Scheduling Order has been filed.

It will be the responsibility of the party filing a new claim after the date of the Initial Scheduling Order to immediately serve a copy of the Initial Scheduling Order on new defendant(s).

IT IS SO ORDERED Wednesday, March 17, 2021.

AT THE DIRECTION OF THE COURT

Melanie Beard  
Courtroom Deputy